Andrew S. Elliott (State Bar No. 254757)
andrew.elliott@stinson.com
Benjamin J. Howard (State Bar No. 320682)
ben.howard@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439

Attorneys for Defendant
PNC BANK, N.A.

Stinson LLP
595 Market Street
Suite 2600
San Francisco, California 94105
415.398.3344

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RYAN COLETTI and MELANIE COLETTI,

Plaintiffs,

v.

PNC BANK; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:25-cv-02846-TLN-DMC

**ORDER TO MODIFY DISCOVERY DEADLINES**

Action Filed: July 30, 2025

The Court, having received and reviewed the Parties' Stipulation to Modify Discovery Deadlines in the Scheduling Order, and good cause appearing, hereby grants the Stipulation.

The Scheduling Order is modified as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Discovery Cut-Off | 10/1/26 | 4/1/27 |
| Expert Witness Exchange Deadline | 12/1/26 | 6/1/27 |
| Dispositive Motion Deadline | 4/1/27 | 10/1/27 |

IT IS SO ORDERED.

DATED: September 10, 2026

Troy L. Nunley
Chief United States District Judge